IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKR. NO. 17-23022-CMB |
| | ) | |
| GEORGEANN MARIE PISTELLA, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |

CERTIFICATE OF SERVICE

    I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age, and that a true and correct copy Amended Schedule A, Doc. No. 87 and the Order of Court dated March 19, 2020, Doc. No. 89, were served on March 24, 2020 by United States First Class Mail addressed as follows:

| | |
|---|---|
| Office of the US Trustee<br>Liberty Center<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh PA 15222 | Ronda J. Winnecour<br>Suite 3250 US Steel Bldg.<br>600 Grant Street<br>Pittsburgh PA 15219-2702 |

Dated: <u>March 24, 2020</u>                   <u>/s/ Glenn R. Bartifay</u>
                                                 GLENN R. BARTIFAY, ESQUIRE
                                                 Pa. Id. No. 68763
                                                 Counsel for Debtor/Respondent

                                                 BARTIFAY LAW OFFICES, P.C.
                                                 3134 Lillian Avenue, First Floor
                                                 Murrysville, PA 15668
                                                 (412) 824-4011
                                                 gbartifay@bartifaylaw.com