**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-23022-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Georgeann Marie Pistella
101-B Lucinda Drive
Turtle Creek PA 15145

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/31/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: The Bank Of New York Mellon et al, Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL, 33416-4605 | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER<br>PO BOX 619096<br>DALLAS, TX 75261-9741 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/03/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Georgeann Marie Pistella
    Debtor

Case No. 17-23022-CMB
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Apr 01, 2020
                         Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2020.
14747585        The Bank Of New York Mellon et al,   Ocwen Loan Servicing, LLC,   Attn: Bankruptcy Department,
                P.O. Box 24605,   West Palm Beach, FL, 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                     TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2020 at the address(es) listed below:
         Brett A. Solomon    on behalf of Defendant    Santander Consumer USA bsolomon@tuckerlaw.com,
          agilbert@tuckerlaw.com
         Glenn R. Bartifay    on behalf of Plaintiff Georgeann Marie Pistella gbartifay@bartifaylaw.com,
          sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
         Glenn R. Bartifay    on behalf of Debtor Georgeann Marie Pistella gbartifay@bartifaylaw.com,
          sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
         Glenn R. Bartifay    on behalf of Attorney Glenn R. Bartifay gbartifay@bartifaylaw.com,
          sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com
         Jada Scott Greenhowe    on behalf of Defendant    Pennsylvania Housing Finance Agency
          jgreenhowe@phfa.org
         James Warmbrodt    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ
          Inventory Trust bkgroup@kmllawgroup.com
         Jeffrey R. Hunt    on behalf of Creditor    Borough of Whitaker jhunt@grblaw.com,
          cnoroski@grblaw.com
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
          jbluemle@bernsteinlaw.com
         Mario J. Hanyon    on behalf of Creditor    U.S. Bank National Association as Trustee for NRZ
          Inventory Trust pawb@fedphe.com
         Mario J. Hanyon    on behalf of Creditor    The Bank of New York Mellon et. al. pawb@fedphe.com
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
          srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
         Thomas Song    on behalf of Creditor    The Bank of New York Mellon et. al. pawb@fedphe.com
                                                                                                  TOTAL: 14