2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 17-23022-CMB
Chapter 13

In re: Debtor(s) (including Name and Address)

Georgeann Marie Pistella
101-B Lucinda Drive
Turtle Creek PA 15145

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/20/2020.

Name and Address of Alleged Transferor(s):

Claim No. 12: NATIONSTAR MORTGAGE LLC D/B/A, MR. COOPER, PO BOX 619096, DALLAS, TX 75261-9741

Name and Address of Transferee:

Citibank, N.A.
c/o Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/23/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                                                            Case No. 17-23022-CMB
Georgeann Marie Pistella                                                                                                                          Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                       User: dkam                       Page 1 of 2
Date Rcvd: Oct 21, 2020              Form ID: trc                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 15225796 | + | NATIONSTAR MORTGAGE LLC D/B/A, MR. COOPER, PO BOX 619096, DALLAS, TX 75261-9096 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2020                           Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2020 at the address(es) listed below:

**Name**                       **Email Address**

Brett A. Solomon
           on behalf of Defendant Santander Consumer USA brett.solomon@solomon-legal.com

Brian Nicholas
           on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust bnicholas@kmllawgroup.com

Glenn R. Bartifay
           on behalf of Plaintiff Georgeann Marie Pistella gbartifay@bartifaylaw.com
           sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com

Glenn R. Bartifay
           on behalf of Debtor Georgeann Marie Pistella gbartifay@bartifaylaw.com
           sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com

Glenn R. Bartifay
           on behalf of Attorney Glenn R. Bartifay gbartifay@bartifaylaw.com
           sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: dkam | Page 2 of 2 |
| Date Rcvd: Oct 21, 2020 | Form ID: trc | Total Noticed: 1 |

Jada Scott Greenhowe
    on behalf of Defendant Pennsylvania Housing Finance Agency jgreenhowe@phfa.org

Jeffrey R. Hunt
    on behalf of Creditor Borough of Whitaker jhunt@grblaw.com  cnoroski@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Mario J. Hanyon
    on behalf of Creditor The Bank of New York Mellon et. al. pawb@fedphe.com

Mario J. Hanyon
    on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust pawb@fedphe.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC sjw@sjwpgh.com  srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com

Thomas Song
    on behalf of Creditor The Bank of New York Mellon et. al. pawb@fedphe.com

TOTAL: 14