2100 B (12/15)

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA
### Case No. 17-23022-CMB
### Chapter 13

In re: Debtor(s) (including Name and Address)

Georgeann Marie Pistella
101-B Lucinda Drive
Turtle Creek PA 15145

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/18/2020.

Name and Address of Alleged Transferor(s):

Claim No. 12: Citibank, N.A., c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609

Name and Address of Transferee:

U.S. Bank Trust National Association
PO Box 814609
Dallas, TX 75381-4609

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  12/23/20

Michael R. Rhodes
## CLERK OF THE COURT

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                    Case No. 17-23022-CMB

Georgeann Marie Pistella                                                  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: dkam                          Page 1 of 2

Date Rcvd: Dec 21, 2020                       Form ID: trc                        Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| 15301154 | Citibank, N.A., c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2020                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Defendant Santander Consumer USA brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust bnicholas@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Plaintiff Georgeann Marie Pistella gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com |
| Glenn R. Bartifay | on behalf of Debtor Georgeann Marie Pistella gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R. Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com;lkarageorgiou@bartifaylaw.com |
| Jada Scott Greenhowe | on behalf of Defendant Pennsylvania Housing Finance Agency jgreenhowe@phfa.org |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitaker jhunt@grblaw.com  cnoroski@grblaw.com |

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Mario J. Hanyon
on behalf of Creditor The Bank of New York Mellon et. al. mario.hanyon@brockandscott.com  wbecf@brockandscott.com

Mario J. Hanyon
on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust mario.hanyon@brockandscott.com wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song
on behalf of Creditor The Bank of New York Mellon et. al. pawb@fedphe.com

TOTAL: 14