**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>GEORGEANN MARIE PISTELLA | Case No. 17-23022CMB |
| Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee, | Chapter 13 |
| Movant<br>vs.<br>WHITAKER BOROUGH (TRASH FEES)* | Document No __ |
| Respondents | |

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

The creditor has informed the Trustee that the creditor is not owed anything on a claim. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error, and acknowledges that it will accept future payments.

CLAIM HAS NOT BEEN WITHDRAWN.

| | |
|---|---|
| WHITAKER BOROUGH (TRASH FEES)*<br>C/O JORDAN TX SVC-COLLECTOR<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Court claim# 5/Trustee CID# 45 |

The Movant further certifies that on 06/15/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

| | |
|---|---|
| DEBTOR(S):<br>GEORGEANN MARIE PISTELLA,<br>101-B LUCINDA DRIVE, TURTLE CREEK, PA  15145 | DEBTOR'S COUNSEL:<br>GLENN R BARTIFAY ESQ, 2009 MACKENZIE WAY STE 100, CRANBERRY TWP, PA  16066 |
| ORIGINAL CREDITOR:<br>WHITAKER BOROUGH (TRASH FEES) *, C/O JORDAN TX SVC-COLLECTOR, 102 RAHWAY RD, MCMURRAY, PA  15317 | ORIGINAL CREDITOR'S COUNSEL:<br>JEFFREY R HUNT ESQ, GRB LAW, FRICK BUILDING 14TH FL, 437 GRANT ST, PITTSBURGH, PA  15219 |
| NEW CREDITOR: | |