**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
GEORGEANN MARIE PISTELLA                          Case No. 17-23022CMB

         Debtor(s)
RONDA J. WINNECOUR,                               Chapter 13
Standing Chapter 13 Trustee,

       Movant                                     Document No __
vs.
WHITAKER BOROUGH (TRASH FEES)*

      Respondents

### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has informed the Trustee that the account has been paid in full. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error and acknowledges that it will accept future payments.

The creditor has informed the Trustee that the creditor is not owed anything on a claim. No further payments will be issued on this debt unless the creditor provides timely notice to the Trustee that this information was in error, and acknowledges that it will accept future payments.

    CLAIM HAS NOT BEEN WITHDRAWN.

WHITAKER BOROUGH (TRASH FEES)*          Court claim# 5/Trustee CID# 46
C/O JORDAN TX SVC-COLLECTOR
102 RAHWAY RD
MCMURRAY, PA 15317

The Movant further certifies that on 06/15/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
original creditor
putative creditor
counsel for debtor(s)
counsel for the creditor(s) (if known)

DEBTOR(S):
GEORGEANN MARIE PISTELLA,
101-B LUCINDA DRIVE, TURTLE
CREEK, PA  15145

ORIGINAL CREDITOR:
WHITAKER BOROUGH (TRASH FEES)
*, C/O JORDAN TX SVC-COLLECTOR,
102 RAHWAY RD, MCMURRAY, PA
15317

NEW CREDITOR:

DEBTOR'S COUNSEL:
GLENN R BARTIFAY ESQ, 2009
MACKENZIE WAY STE 100,
CRANBERRY TWP, PA  16066

ORIGINAL CREDITOR'S COUNSEL:
JEFFREY R HUNT ESQ, GRB LAW,
FRICK BUILDING 14TH FL, 437
GRANT ST, PITTSBURGH, PA  15219