**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/09/2022

IN RE:

GEORGEANN MARIE PISTELLA
101-B LUCINDA DRIVE
TURTLE CREEK,  PA  15145
XXX-XX-0767          Debtor(s)

Case No.17-23022 CMB

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/9/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BANANA CARD/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 7881 |
| **BERNSTEIN BURKLEY PC**<br>601 GRANT ST - 9TH FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC\***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFERSON CAPITAL SYSTEMS LLC\***<br>PO BOX 772813<br>CHICAGO, IL 60677-2813 | Trustee Claim Number: 4   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 2,047.78<br>COMMENT: SURR/PL*CL=$17,611.89*FR ALLY-DOC 54 | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 0188 |
| **OAKMONT WATER AUTHORITY**<br>721 ALLEGHENY AVENUE<br>OAKMONT, PA 15139 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: 180K302*REMOVED/PL*2017/SCH | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: K302 |
| **US BANK TRUST NA - OWNER TRUSTEE ET AL**<br>C/O SELENE FINANCE LP<br>9990 RICHMOND AVE STE 400 S<br>BK DEPT<br>HOUSTON, TX 77042 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*CL12GOV W/NMPC*DKT4LMT*BGN 8/17*FR BOA-DOC 91*FR US BK-DOC | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 4314 |
| **PHFA(\*)**<br>ATTN: LOAN SERVICING<br>PO BOX 15057<br>HARRISBURG, PA 17105-5057 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number: NC1<br>CLAIM: 0.00<br>COMMENT: AVD/OE*2ND/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SANTANDER CONSUMER USA\*\***<br>PO BOX 560284<br>DALLAS, TX 75356 | Trustee Claim Number: 8   INT %: 8.00%<br>Court Claim Number: 2<br>CLAIM: 5,431.00<br>COMMENT: $PL-STIP@%/STIP@K/PL | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 4572 |
| **ATT**<br>POB 105262<br>ATLANTA, AL 30348 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~WIRELESS/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0767 |
| **AVON\*\***<br>ATTN: LEADERSHIP EARNINGS DEPT<br>9 W 57TH ST**<br>NEW YORK, NY 10019-2683 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0767 |

CLAIM RECORDS
Case 17-23022-CMB    Doc 110    Filed 03/09/22    Entered 03/09/22 14:12:55    Desc
Page 4 of 7

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **QUANTUM3 LLC AGENT - GPCC I LLC**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 332.97<br>COMMENT: BANKCARD SVCS/CELTIC BANK/INDIGO | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1932 |
| **CACH LLC-ASSIGNEE**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 632.21<br>COMMENT: 5168/SCH*CAP ONE/SEARS/ORCHARD*STALE~EMAIL DONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9169 |
| **CELTIC BANK**<br>268 SOUTH STATE ST STE 300<br>SALT LAKE CITY, UT 84111 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7768 |
| **CHARTWELL**<br>POB 360552<br>PITTSBURGH, PA 15251 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6611 |
| **CHOICE CARE PHYSICIANS PC**<br>4727 FRIENDSHIP AVE STE 140<br>PITTSBURGH, PA 15224-1778 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2820 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 13<br>CLAIM: 657.49<br>COMMENT: COMENITY/VICTORIAS SECRET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1115 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 14<br>CLAIM: 266.72<br>COMMENT: COMENITY/FOREVER 21*CHARGE OFF: 10/22/2017 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5104 |
| **DISCOVER BANK(*)**<br>C/O DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3201 |
| **DUQUESNE LIGHT COMPANY***<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 234.87<br>COMMENT: 0000/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3744 |
| **FIRST PREMIER BANK**<br>601 SOUTH MINNESOTA AVE<br>SIOUX FALLS, SD 57104 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8759 |

| Creditor | Trustee Claim | Court Claim | Claim | Comment | Cred Desc | Account No. |
|---|---|---|---|---|---|---|
| **FORBES REGIONAL HOSPTIAL**<br>POB 951820<br>CLEVELAND, OH 44193 | 21 | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 0767 |
| **CELTIC BANK**<br>268 SOUTH STATE ST STE 300<br>SALT LAKE CITY, UT 84111 | 22 | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 1932 |
| **JEFFERSON HOSPITAL++**<br>PO BOX 3475<br>TOLEDO, OH 43607-0475 | 23 | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 0767 |
| **JOHNSTON THE FLORIST**<br>POB 100<br>MCKEESPORT, PA 15134 | 24 | | 0.00 | NT ADR/SCH | UNSECURED CREDITOR | 5515 |
| **CAPITAL ONE NA***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | 25 | 6 | 737.06 | KOHLS | UNSECURED CREDITOR | 0286 |
| **MATRIX CARD SERVICES**<br>PO BOX 31292<br>TAMPA, FL 33631 | 26 | | 0.00 | NT ADR~DISCOVER/SCH | UNSECURED CREDITOR | 0767 |
| **MID AMERICA BANK & TRUST**<br>C/O TOTAL CARD INC (TCI)<br>2700 S LORRAINE PL<br>SIOUX FALLS, SD 57106 | 27 | 16 | 299.35 | | UNSECURED CREDITOR | 4937 |
| **MIDLAND FUNDING**<br>PO BOX 2011<br>WARREN, MI 48090 | 28 | | 0.00 | CREDIT ONE BANK/SCH | UNSECURED CREDITOR | 0528 |
| **MONTGOMERY WARDS***<br>C/O CREDITORS BANKRUPTCY SVC*<br>PO BOX 800849<br>DALLAS, TX 75380 | 29 | | 0.00 | | UNSECURED CREDITOR | 129O |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | 30 | 4 | 737.38 | | UNSECURED CREDITOR | 9203 |

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **SURGE CARD**<br>PO BOX 8099<br><br>NEWARK, DE 19714 | Trustee Claim Number:31 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7768 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:32 INT %: 0.00%<br>Court Claim Number:9<br><br>CLAIM: 500.00<br>COMMENT: SYNCHRONY/ATHLETA*CHARGE OFF 8/1/2017 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7599 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:33 INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 294.73<br>COMMENT: SYNCHRONY/BANANA CARD*CHARGE OFF 8/1/2017 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7881 |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number:34 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~CARE CREDIT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3335 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br><br>KIRKLAND, WA 98083-0788 | Trustee Claim Number:35 INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 399.05<br>COMMENT: SYNCHRONY/RS CREDIT CARD | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8482 |
| **UPMC PRESBYTERIAN SHADYSIDE HOSPITAL**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:36 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: PRESBYTERIAN/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0767 |
| **UPMC ST MARGARET**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number:37 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: ST MARGARET HSPTL/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0767 |
| **VERIZON WIRELESS**<br>500 TECHNOLOGY DR STE 550<br>ATTN ADMINISTRATION<br>WELDON SPRING, MO 63304 | Trustee Claim Number:38 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0767 |
| **DON SLUSSER**<br>1216 HOLY CROSS DR<br><br>MONROEVILLE, PA 15146 | Trustee Claim Number:39 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /SCH G | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ROBERT PISTELLA**<br>101 B LUCINDA DR<br><br>TURTLE CREEK, PA 15145 | Trustee Claim Number:40 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: /SCH H | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **T MOBILE/T-MOBILE USA INC BY AMERICAN INF**<br>PO BOX 248848<br><br>OKLAHOMA CITY, OK 73124-8848 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 1<br><br>CLAIM: 185.46<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5497 |
| **US BANK TRUST NA - OWNER TRUSTEE ET AL**<br>C/O SELENE FINANCE LP<br>9990 RICHMOND AVE STE 400 S<br>BK DEPT<br>HOUSTON, TX 77042 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number: 12<br><br>CLAIM: 10,178.68<br>COMMENT: CL12GOV*$/CL-PL*1ST/SCH*THRU 7/17*FR BOA-DOC 91*FR US BK-DOC 97*FR CITI | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4314 |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br><br>PHILADELPHIA, PA 19103 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: BANK OF NY MELLON/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFREY R HUNT ESQ**<br>GRB LAW<br>525 WILLIAM PENN PLACE STE 3110<br><br>PITTSBURGH, PA 15219 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: BORO OF WHITAKER/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WHITAKER BOROUGH (TRASH FEES)***<br>C/O JORDAN TX SVC-COLLECTOR<br>102 RAHWAY RD<br><br>MCMURRAY, PA 15317 | Trustee Claim Number: 45  INT %: 10.00%<br>Court Claim Number: 5<br><br>CLAIM: 168.00<br>COMMENT: 180K302*CL5GOV*$*CL-PL@0%/PL*NT/SCH*THRU 9/17*WNTS 10%*PIF/CR~NTC-RS | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: K302 |
| **WHITAKER BOROUGH (TRASH FEES)***<br>C/O JORDAN TX SVC-COLLECTOR<br>102 RAHWAY RD<br><br>MCMURRAY, PA 15317 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 5<br><br>CLAIM: 2,029.80<br>COMMENT: 180K302*CL5GOVS*$*CL-PL@10%/PL*NT/SCH*THRU 9/17*NON INT*PIF/CR~NTC-RS | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: K302 |
| **KML LAW GROUP PC***<br>701 MARKET ST STE 5000<br><br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: US BANK/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |