IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In Re: | Georgeann Marie Pistella | : | Bankruptcy No. 17-23022-CMB |
| | | : | Chapter 13 |
| | Debtor(s) | : | |
| | | : | |
| | | : | Claim No.    12 |
| Movant | U.S. Bank Trust National Association | : | |
| | | : | |
| v. | | : | |
| | | : | |
| Respondent (if none, then "No Respondent") | | : | |
| | No Respondent | : | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:
   Creditor Name:   U.S. Bank Trust National Association
   Incorrect Address:   Selene Finance, LP
                       9990 Richmond Ave.
                       Suite 400 South
                       Houston  TX  77042

Corrected Address:
   Creditor Name:   U.S. Bank Trust National Association
   Correct Address:   Selene Finance LP
                       Attn: BK Dept
                       3501 Olympus Blvd, Suite 500
                       Dallas, TX 75019

Dated May 23, 2022

/s/ Charles G. Wohlrab
Electronic Signature of Debtor(s)' Attorney

Charles G. Wohlrab, Esq.
Typed Name

10700 ABBOTT'S BRIDGE ROAD, Ste. 170, Duluth, GA  30097
Address

(470) 321-7112 Ext. 257
Phone No.

314532
Bar I.D. and State of Admission

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on ___June 6, 2022____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

GEORGEANN MARIE PISTELLA
101-B LUCINDA DRIVE
TURTLE CREEK, PA 15145

And via electronic mail to:

GLENN R. BARTIFAY
2009 MACKENZIE WAY
SUITE 100
CRANBERRY TOWNSHIP, PA 16066

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

By: /s/ Angela Gill