IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKR. NO.  17-23022- CMB |
| | ) | |
| GEORGEANN MARIE PISTELLA  , | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |
| | ) | |
| GLENN R. BARTIFAY, EQUIRE, | ) | re doc. 113 |
| and BARTIFAY LAW OFFICES, P.C., | ) | |
| | ) | |
| Applicant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| RONDA WINNECOUR, Trustee, | ) | |
| | ) | **ENTERED BY DEFAULT** |
| Respondent. | ) | |

ORDER

AND NOW, this _____8th_____ day of _____August_____, 2022, it is hereby
ordered that the Application for Approval of Attorney Fees filed by Applicant Glenn R. Bartifay,
Esquire, and Bartifay Law Offices, P.C. is granted, and that additional attorney fees are approved
for Applicant for services provided as indicated in the Application in the amount of $1,500.00 for
the period of November 21, 2018 to June 6, 2022.  The Court previously approved attorney fees
of $5,000.00 for Applicant for the period of June 22, 2017 to November 20, 2018 by Order dated
December 12, 2018, Doc. No. 61, which brings the total of approved attorney fees to $6,500.00.
The Chapter 13 Trustee shall disburse said attorney fees to Applicant as provided in the Confirmed
Amended Plan dated December 26, 2019.

_Carlota M. Böhm_ **dmk**
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
CARLOTA M. BÖHM,
Chief Bankruptcy Judge

FILED
8/8/22 8:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                      Case No. 17-23022-CMB

Georgeann Marie Pistella                  Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 08, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Georgeann Marie Pistella, 101-B Lucinda Drive, Turtle Creek, PA 15145-1321 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2022             Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Defendant Santander Consumer USA brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust cwohlrab@raslg.com |
| Glenn R. Bartifay | on behalf of Plaintiff Georgeann Marie Pistella gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Debtor Georgeann Marie Pistella gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | |

on behalf of Attorney Glenn R. Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com

Jada Scott Greenhowe

on behalf of Defendant Pennsylvania Housing Finance Agency jgreenhowe@phfa.org

Jeffrey R. Hunt

on behalf of Creditor Borough of Whitaker jhunt@grblaw.com

Keri P. Ebeck

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Mario J. Hanyon

on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust wbecf@brockandscott.com
mario.hanyon@brockandscott.com

Mario J. Hanyon

on behalf of Creditor The Bank of New York Mellon et. al. wbecf@brockandscott.com  mario.hanyon@brockandscott.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

S. James Wallace

on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

Thomas Song

on behalf of Creditor The Bank of New York Mellon et. al. pawb@fedphe.com


TOTAL: 15