**Form 408**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Georgeann Marie Pistella**
Debtor(s)

Bankruptcy Case No.: 17–23022–CMB

Chapter: 13
Docket No.: 119 – 118

### ORDER SETTING DATE CERTAIN
### FOR RESPONSE AND HEARING ON MOTION

**AND NOW,** this The 25th of August, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above–captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 10/11/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **11/8/22 at 11:00 AM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb–proc–videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above–specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **10/11/22.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                     Case No. 17-23022-CMB

Georgeann Marie Pistella                                                    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                      Page 1 of 4

Date Rcvd: Aug 25, 2022                  Form ID: 408v                              Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Georgeann Marie Pistella, 101-B Lucinda Drive, Turtle Creek, PA 15145-1321 |
| aty | + | Glenn R. Bartifay, 3134 Lillian Avenue, First Floor, First Floor, Murrysville, PA 15668 US 15668-1868 |
| cr | + | Borough of Whitaker, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14678291 | + | Avon, 777 Third Ave., New York, NY 10017-1401 |
| 14708977 | + | Borough of Whitaker, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14666432 | + | Celtic Bank/contfinco, 121 Continental Dr Ste 1, Newark, DE 19713-4326 |
| 14666433 | | Chartwell Pennsylvania, LP, P.O. Box 360552, Pittsburgh, PA 15251-6552 |
| 14666434 | | Choice Care Physicians PC, 2585 Freeport Rd., Ste 105, Pittsburgh, PA 15238-1426 |
| 14678293 | + | Discover Matrix, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 14678295 | + | Forbes Regional Hospital, 2570 Haymaker Road, Monroeville, PA 15146-3513 |
| 14678296 | + | Jefferson Hospital, 565 Coal Valley Rd., Clairton, PA 15025-3703 |
| 14666439 | + | Johnston the Florist, 14179 Lincoln Highway, North Huntingdon, PA 15642-1061 |
| 14678297 | + | Matrix Card by Discover, 2500 Lake Cook Rd., Riverwoods, IL 60015-3851 |
| 14678298 | + | Oakmont Water Authority, 721 Allegheny Ave., Oakmont, PA 15139-1901 |
| 14678299 | | Pennsylvania Housing Finance, Agency P.O. Box 642572, Pittsburgh, PA 15264 |
| 14678300 | + | Peoples Natural Gas, P.O. Box 535323, Pittsburgh, PA 15253-5323 |
| 14678301 | + | Robert Pistella, 101 B Lucinda Dr., Turtle Creek, PA 15145-1321 |
| 15441071 | + | Selene Finance, LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14666446 | | Surge, P.O. Box 31292, Tampa, FL 33631-3292 |
| 14678303 | + | UPMC St. Margaret Hospital, 815 Freeport Rd., Pittsburgh, PA 15215-3399 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Aug 25 2022 23:38:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | ^ | MEBN | Aug 25 2022 23:37:12 | U.S. Bank Trust National Association, not in its i, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14678290 | + | Email/Text: g20956@att.com | Aug 25 2022 23:39:00 | AT&T Wireless, PO Box 10330, Fort Wayne, IN 46851-0330 |
| 14680397 | | Email/Text: ally@ebn.phinsolutions.com | Aug 25 2022 23:38:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14666430 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 25 2022 23:38:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14678294 | | Email/Text: kburkley@bernsteinlaw.com | Aug 25 2022 23:39:00 | Duquesne Light, 411 Seventh Avenue, P.O. Box 1930, Pittsburgh, PA 15230-1930 |

District/off: 0315-2 | User: auto | Page 2 of 4
Date Rcvd: Aug 25, 2022 | Form ID: 408v | Total Noticed: 58

| 14666431 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 25 2022 23:39:00 | Bankcard Services, P.O. Box 4499, Beaverton, OR 97076-4499 |
|---|---|---|---|
| 14735197 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2022 23:43:34 | CACH, LLC its successors and assigns as assignee, of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14678292 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2022 23:43:50 | Capital One, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14716150 | Email/PDF: bncnotices@becket-lee.com | Aug 25 2022 23:43:43 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15301154 | Email/Text: ECF@fayservicing.com | Aug 25 2022 23:38:00 | Citibank, N.A., c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14666435 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2022 23:38:00 | Comenitybk/victoriasec, Po Box 182789, Columbus, OH 43218-2789 |
| 14666436 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2022 23:38:00 | Comenitycap/forever21, Po Box 182120, Columbus, OH 43218-2120 |
| 14666437 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 25 2022 23:43:27 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14666438 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 25 2022 23:39:00 | Genesis Bc/celtic Bank, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 |
| 14923263 | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 25 2022 23:39:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14666440 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 25 2022 23:38:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14755715 | + Email/Text: bknotices@totalcardinc.com | Aug 25 2022 23:39:00 | Mid America Bank & Trust, c/o Total Card Inc., 5109 S. Broadband Lane, Sioux Falls, SD 57108-2208 |
| 14666441 | + Email/Text: bknotices@totalcardinc.com | Aug 25 2022 23:39:00 | Mid America Bk/total C, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 14666442 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2022 23:39:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14666443 | + Email/Text: bankruptcy@sccompanies.com | Aug 25 2022 23:39:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15225796 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 25 2022 23:38:00 | NATIONSTAR MORTGAGE LLC D/B/A, MR. COOPER, PO BOX 619096, DALLAS, TX 75261-9096 |
| 14666444 | + Email/Text: BKEBN-Notifications@ocwen.com | Aug 25 2022 23:38:00 | Ocwen Loan Servicing, P.O. Box 24738, West Palm Beach, FL 33416-4738 |
| 14667187 | + Email/PDF: rmscedi@recoverycorp.com | Aug 25 2022 23:43:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14690518 | + Email/Text: ebnpeoples@grblaw.com | Aug 25 2022 23:38:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14744410 | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2022 23:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14747580 | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2022 23:38:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14678064 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 25 2022 23:39:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14666445 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 25 2022 23:39:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14666447 | + Email/PDF: gecsedi@recoverycorp.com | | |

| | | Aug 25 2022 23:43:51 | Syncb/athleta, Po Box 965024, Orlando, FL 32896-5024 |
|---|---|---|---|
| 14666448 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Aug 25 2022 23:43:27 | Syncb/banana Rep, Po Box 965005, Orlando, FL 32896-5005 |
| 14666449 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Aug 25 2022 23:43:24 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14666450 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Aug 25 2022 23:43:51 | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 14670787 | Email/PDF: ebn_ais@aisinfo.com | | |
| | | Aug 25 2022 23:43:53 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14747585 | Email/Text: BKEBN-Notifications@ocwen.com | | |
| | | Aug 25 2022 23:38:00 | The Bank Of New York Mellon et al, Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL, 33416-4605 |
| 15322986 | ^ MEBN | | |
| | | Aug 25 2022 23:37:13 | U.S. Bank Trust National Association, PO Box 814609, Dallas, TX 75381-4609 |
| 14678302 | + Email/Text: BankruptcyNotice@upmc.edu | | |
| | | Aug 25 2022 23:39:00 | UPMC Presbyterian, 200 Lothrop St., Pittsburgh, PA 15213-2536 |
| 14678304 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Aug 25 2022 23:38:00 | Verizon, P.O. Box 15026, Albany, NY 12212-5026 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citibank, N.A. |
| cr | | Duquesne Light Company |
| cr | | The Bank of New York Mellon et. al. |
| cr | | U.S. Bank National Association as Trustee for NRZ |
| 14749544 | | Duquesne Light Company |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 5 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2022                    Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2022 at the address(es) listed**

below:

| Name | Email Address |
| --- | --- |
| Brett A. Solomon | on behalf of Defendant Santander Consumer USA brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust cwohlrab@raslg.com |
| Glenn R. Bartifay | on behalf of Plaintiff Georgeann Marie Pistella gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Debtor Georgeann Marie Pistella gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R. Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jada Scott Greenhowe | on behalf of Defendant Pennsylvania Housing Finance Agency jgreenhowe@phfa.org |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitaker jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor The Bank of New York Mellon et. al. wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor The Bank of New York Mellon et. al. pawb@fedphe.com |

TOTAL: 15