**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| GEORGEANN MARIE PISTELLA | Case No.:17-23022 |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>     Movant<br>  vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

August 24, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/27/2017 and confirmed on 9/28/17 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 47,050.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 47,050.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 6,500.00 | |
|    Trustee Fee | 2,146.20 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,646.20 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK TRUST NA - OWNER TRUSTEE I | 0.00 | 14,250.11 | 0.00 | 14,250.11 |
|     Acct: 4314 | | | | |
|   US BANK TRUST NA - OWNER TRUSTEE I | 10,178.68 | 10,178.68 | 0.00 | 10,178.68 |
|     Acct: 4314 | | | | |
|   OAKMONT WATER AUTHORITY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: K302 | | | | |
|   WHITAKER BOROUGH (TRASH FEES)* | 15.53 | 15.53 | 61.60 | 77.13 |
|     Acct: K302 | | | | |
|   WHITAKER BOROUGH (TRASH FEES)* | 336.11 | 336.11 | 0.00 | 336.11 |
|     Acct: K302 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 2,047.78 | 2,047.78 | 3,145.72 | 5,193.50 |
|     Acct: 0188 | | | | |
|   SANTANDER CONSUMER USA** | 5,431.00 | 5,431.00 | 1,137.30 | 6,568.30 |
|     Acct: 4572 | | | | |
| | | | | 36,603.83 |
| **Priority** | | | | |
|   GLENN R BARTIFAY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GEORGEANN MARIE PISTELLA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BARTIFAY LAW OFFICES PC | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXX END | | | | |
|   GLENN R BARTIFAY ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BARTIFAY LAW OFFICES PC | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXX6/22 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   PHFA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ATT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0767 | | | | |
|   AVON**++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 0767 | | | | |
| | QUANTUM3 LLC AGENT - GPCC I LLC | 332.97 | 113.57 | 0.00 | 113.57 |
| | Acct: 1932 | | | | |
| | CACH LLC-ASSIGNEE | 632.21 | 215.63 | 0.00 | 215.63 |
| | Acct: 9169 | | | | |
| | CELTIC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7768 | | | | |
| | CHARTWELL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6611 | | | | |
| | CHOICE CARE PHYSICIANS PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2820 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 657.49 | 224.26 | 0.00 | 224.26 |
| | Acct: 1115 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 266.72 | 90.97 | 0.00 | 90.97 |
| | Acct: 5104 | | | | |
| | DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3201 | | | | |
| | DUQUESNE LIGHT COMPANY* | 234.87 | 80.11 | 0.00 | 80.11 |
| | Acct: 3744 | | | | |
| | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8759 | | | | |
| | FORBES REGIONAL HOSPTIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0767 | | | | |
| | CELTIC BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1932 | | | | |
| | JEFFERSON HOSPITAL++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0767 | | | | |
| | JOHNSTON THE FLORIST++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5515 | | | | |
| | CAPITAL ONE NA** | 737.06 | 251.39 | 0.00 | 251.39 |
| | Acct: 0286 | | | | |
| | MATRIX CARD SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0767 | | | | |
| | MID AMERICA BANK & TRUST | 299.35 | 102.10 | 0.00 | 102.10 |
| | Acct: 4937 | | | | |
| | MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0528 | | | | |
| | MONTGOMERY WARDS** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 129O | | | | |
| | PEOPLES NATURAL GAS CO LLC* | 737.38 | 251.50 | 0.00 | 251.50 |
| | Acct: 9203 | | | | |
| | SURGE CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7768 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 500.00 | 170.54 | 0.00 | 170.54 |
| | Acct: 7599 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 294.73 | 100.53 | 0.00 | 100.53 |
| | Acct: 7881 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3335 | | | | |
| | QUANTUM3 GROUP LLC AGNT - MOMA FU | 399.05 | 136.11 | 0.00 | 136.11 |
| | Acct: 8482 | | | | |
| | UPMC PRESBYTERIAN SHADYSIDE HOSP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0767 | | | | |
| | UPMC ST MARGARET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0767 | | | | |
| | VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0767 | | | | |
| | T MOBILE/T-MOBILE USA INC BY AMERICA | 185.46 | 63.26 | 0.00 | 63.26 |
| | Acct: 5497 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |

17-23022                                                                                              Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 7881 | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DON SLUSSER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT PISTELLA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 1,799.97 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 38,403.80 |

TOTAL CLAIMED
PRIORITY            0.00
SECURED        18,009.10
UNSECURED       5,277.29


Date: 08/24/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
GEORGEANN MARIE PISTELLA

       Debtor(s)

Ronda J. Winnecour
       Movant
       vs.
No Repondents.

Case No.:17-23022

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 17-23022-CMB

Georgeann Marie Pistella  Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Aug 25, 2022     Form ID: pdf900     Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Georgeann Marie Pistella, 101-B Lucinda Drive, Turtle Creek, PA 15145-1321 |
| aty | + | Glenn R. Bartifay, 3134 Lillian Avenue, First Floor, First Floor, Murrysville, PA 15668 US 15668-1868 |
| cr | + | Borough of Whitaker, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14678291 | + | Avon, 777 Third Ave., New York, NY 10017-1401 |
| 14708977 | + | Borough of Whitaker, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14666432 | + | Celtic Bank/contfinco, 121 Continental Dr Ste 1, Newark, DE 19713-4326 |
| 14666433 | | Chartwell Pennsylvania, LP, P.O. Box 360552, Pittsburgh, PA 15251-6552 |
| 14666434 | | Choice Care Physicians PC, 2585 Freeport Rd., Ste 105, Pittsburgh, PA 15238-1426 |
| 14678293 | + | Discover Matrix, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 14678295 | + | Forbes Regional Hospital, 2570 Haymaker Road, Monroeville, PA 15146-3513 |
| 14678296 | + | Jefferson Hospital, 565 Coal Valley Rd., Clairton, PA 15025-3703 |
| 14666439 | + | Johnston the Florist, 14179 Lincoln Highway, North Huntingdon, PA 15642-1061 |
| 14678297 | + | Matrix Card by Discover, 2500 Lake Cook Rd., Riverwoods, IL 60015-3851 |
| 14678298 | + | Oakmont Water Authority, 721 Allegheny Ave., Oakmont, PA 15139-1901 |
| 14678299 | | Pennsylvania Housing Finance, Agency P.O. Box 642572, Pittsburgh, PA 15264 |
| 14678300 | + | Peoples Natural Gas, P.O. Box 535323, Pittsburgh, PA 15253-5323 |
| 14678301 | + | Robert Pistella, 101 B Lucinda Dr., Turtle Creek, PA 15145-1321 |
| 15441071 | + | Selene Finance, LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14666446 | | Surge, P.O. Box 31292, Tampa, FL 33631-3292 |
| 14678303 | + | UPMC St. Margaret Hospital, 815 Freeport Rd., Pittsburgh, PA 15215-3399 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Aug 25 2022 23:38:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | ^ | MEBN | Aug 25 2022 23:37:16 | U.S. Bank Trust National Association, not in its i, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14678290 | + | Email/Text: g20956@att.com | Aug 25 2022 23:39:00 | AT&T Wireless, PO Box 10330, Fort Wayne, IN 46851-0330 |
| 14680397 | | Email/Text: ally@ebn.phinsolutions.com | Aug 25 2022 23:38:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14666430 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 25 2022 23:38:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14678294 | | Email/Text: kburkley@bernsteinlaw.com | Aug 25 2022 23:39:00 | Duquesne Light, 411 Seventh Avenue, P.O. Box 1930, Pittsburgh, PA 15230-1930 |

Case 17-23022-CMB   Doc 121   Filed 08/27/22   Entered 08/28/22 00:28:15   Desc
Imaged Certificate of Notice   Page 7 of 9

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: pdf900 | Total Noticed: 58 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 14666431 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 25 2022 23:39:00 | Bankcard Services, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 14735197 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 25 2022 23:43:44 | CACH, LLC its successors and assigns as assignee, of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14678292 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2022 23:43:40 | Capital One, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14716150 | Email/PDF: bncnotices@becket-lee.com | Aug 25 2022 23:43:33 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15301154 | Email/Text: ECF@fayservicing.com | Aug 25 2022 23:38:00 | Citibank, N.A., c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14666435 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2022 23:38:00 | Comenitybk/victoriasec, Po Box 182789, Columbus, OH 43218-2789 |
| 14666436 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2022 23:38:00 | Comenitycap/forever21, Po Box 182120, Columbus, OH 43218-2120 |
| 14666437 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 25 2022 23:43:41 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14666438 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Aug 25 2022 23:39:00 | Genesis Bc/celtic Bank, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 |
| 14923263 | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 25 2022 23:39:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14666440 | + Email/Text: PBNCNotifications@peritusservices.com | Aug 25 2022 23:38:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14755715 | + Email/Text: bknotices@totalcardinc.com | Aug 25 2022 23:39:00 | Mid America Bank & Trust, c/o Total Card Inc., 5109 S. Broadband Lane, Sioux Falls, SD 57108-2208 |
| 14666441 | + Email/Text: bknotices@totalcardinc.com | Aug 25 2022 23:39:00 | Mid America Bk/total C, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 14666442 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 25 2022 23:39:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14666443 | + Email/Text: bankruptcy@sccompanies.com | Aug 25 2022 23:39:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15225796 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 25 2022 23:38:00 | NATIONSTAR MORTGAGE LLC D/B/A, MR. COOPER, PO BOX 619096, DALLAS, TX 75261-9096 |
| 14666444 | + Email/Text: BKEBN-Notifications@ocwen.com | Aug 25 2022 23:38:00 | Ocwen Loan Servicing, P.O. Box 24738, West Palm Beach, FL 33416-4738 |
| 14667187 | + Email/PDF: rmscedi@recoverycorp.com | Aug 25 2022 23:43:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14690518 | + Email/Text: ebnpeoples@grblaw.com | Aug 25 2022 23:38:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14744410 | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2022 23:38:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14747580 | Email/Text: bnc-quantum@quantum3group.com | Aug 25 2022 23:38:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14678064 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 25 2022 23:39:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14666445 | + Email/Text: enotifications@santanderconsumerusa.com | Aug 25 2022 23:39:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14666447 | + Email/PDF: gecsedi@recoverycorp.com | | |

Case 17-23022-CMB   Doc 121   Filed 08/27/22   Entered 08/28/22 00:28:15   Desc
Imaged Certificate of Notice   Page 8 of 9

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: pdf900 | Total Noticed: 58 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 25 2022 23:43:32 | Syncb/athleta, Po Box 965024, Orlando, FL 32896-5024 |
| 14666448 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:41 | Syncb/banana Rep, Po Box 965005, Orlando, FL 32896-5005 |
| 14666449 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:51 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14666450 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:51 | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 14670787 | | Email/PDF: ebn_ais@aisinfo.com | Aug 25 2022 23:43:33 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14747585 | | Email/Text: BKEBN-Notifications@ocwen.com | Aug 25 2022 23:38:00 | The Bank Of New York Mellon et al, Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL, 33416-4605 |
| 15322986 | ^ | MEBN | Aug 25 2022 23:37:18 | U.S. Bank Trust National Association, PO Box 814609, Dallas, TX 75381-4609 |
| 14678302 | + | Email/Text: BankruptcyNotice@upmc.edu | Aug 25 2022 23:39:00 | UPMC Presbyterian, 200 Lothrop St., Pittsburgh, PA 15213-2536 |
| 14678304 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 25 2022 23:38:00 | Verizon, P.O. Box 15026, Albany, NY 12212-5026 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citibank, N.A. |
| cr | | Duquesne Light Company |
| cr | | The Bank of New York Mellon et. al. |
| cr | | U.S. Bank National Association as Trustee for NRZ |
| 14749544 | | Duquesne Light Company |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 5 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 27, 2022     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2022 at the address(es) listed

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Aug 25, 2022 | Form ID: pdf900 | Total Noticed: 58 |

**below:**

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Defendant Santander Consumer USA brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust cwohlrab@raslg.com |
| Glenn R. Bartifay | on behalf of Plaintiff Georgeann Marie Pistella gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Debtor Georgeann Marie Pistella gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R. Bartifay gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jada Scott Greenhowe | on behalf of Defendant Pennsylvania Housing Finance Agency jgreenhowe@phfa.org |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitaker jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor The Bank of New York Mellon et. al. wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor The Bank of New York Mellon et. al. pawb@fedphe.com |

TOTAL: 15