Certificate Number: 16339-PAW-DE-036890949

Bankruptcy Case Number: 17-23022



16339-PAW-DE-036890949

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 10, 2022</u>, at <u>11:00</u> o'clock <u>AM EDT</u>, <u>Georgeann Pistella</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>October 10, 2022</u>          By:      <u>/s/Kelley Tipton</u>

Name:   <u>Kelley Tipton</u>

Title:   <u>Certified Financial Counselor</u>