| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Georgeann Marie Pistella<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0767<br>EIN   __-_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __-_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 17–23022–CMB | |

# Order of Discharge                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Georgeann Marie Pistella

10/12/22                                          **By the court:** Carlota M. Bohm
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-23022-CMB |
| Georgeann Marie Pistella | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Oct 12, 2022 | Form ID: 3180W | Total Noticed: 60 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Georgeann Marie Pistella, 101-B Lucinda Drive, Turtle Creek, PA 15145-1321 |
| aty | + | Glenn R. Bartifay, 3134 Lillian Avenue, First Floor, First Floor, Murrysville, PA 15668 US 15668-1868 |
| cr | + | Borough of Whitaker, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14678291 | + | Avon, 777 Third Ave., New York, NY 10017-1401 |
| 14708977 | + | Borough of Whitaker, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14666432 | + | Celtic Bank/contfinco, 121 Continental Dr Ste 1, Newark, DE 19713-4326 |
| 14666433 | | Chartwell Pennsylvania, LP, P.O. Box 360552, Pittsburgh, PA 15251-6552 |
| 14666434 | | Choice Care Physicians PC, 2585 Freeport Rd., Ste 105, Pittsburgh, PA 15238-1426 |
| 14678293 | + | Discover Matrix, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 14678295 | + | Forbes Regional Hospital, 2570 Haymaker Road, Monroeville, PA 15146-3513 |
| 14678296 | + | Jefferson Hospital, 565 Coal Valley Rd., Clairton, PA 15025-3703 |
| 14666439 | + | Johnston the Florist, 14179 Lincoln Highway, North Huntingdon, PA 15642-1061 |
| 14678297 | + | Matrix Card by Discover, 2500 Lake Cook Rd., Riverwoods, IL 60015-3851 |
| 14678298 | + | Oakmont Water Authority, 721 Allegheny Ave., Oakmont, PA 15139-1901 |
| 14678299 | | Pennsylvania Housing Finance, Agency P.O. Box 642572, Pittsburgh, PA 15264 |
| 14678300 | + | Peoples Natural Gas, P.O. Box 535323, Pittsburgh, PA 15253-5323 |
| 14678301 | + | Robert Pistella, 101 B Lucinda Dr., Turtle Creek, PA 15145-1321 |
| 14666446 | | Surge, P.O. Box 31292, Tampa, FL 33631-3292 |
| 14678303 | + | UPMC St. Margaret Hospital, 815 Freeport Rd., Pittsburgh, PA 15215-3399 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | Oct 13 2022 04:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2022 00:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Oct 13 2022 04:53:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 13 2022 00:56:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + Email/Text: RASEBN@raslg.com | Oct 13 2022 00:56:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

Case 17-23022-CMB   Doc 128   Filed 10/14/22   Entered 10/15/22 00:31:42   Desc
Imaged Certificate of Notice   Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: 3180W | Total Noticed: 60 |

| cr | ^ MEBN | | |
|---|---|---|---|
| | | Oct 13 2022 00:51:54 | U.S. Bank Trust National Association, not in its i, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14678290 | + EDI: CINGMIDLAND.COM | Oct 13 2022 04:53:00 | AT&T Wireless, PO Box 10330, Fort Wayne, IN 46851-0330 |
| 14680397 | EDI: GMACFS.COM | Oct 13 2022 04:53:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14666430 | + EDI: GMACFS.COM | Oct 13 2022 04:53:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14678294 | Email/Text: kburkley@bernsteinlaw.com | Oct 13 2022 00:56:00 | Duquesne Light, 411 Seventh Avenue, P.O. Box 1930, Pittsburgh, PA 15230-1930 |
| 14666431 | + EDI: PHINGENESIS | Oct 13 2022 04:53:00 | Bankcard Services, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 14735197 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2022 00:58:34 | CACH, LLC its successors and assigns as assignee, of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14678292 | + EDI: CAPITALONE.COM | Oct 13 2022 04:53:00 | Capital One, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14716150 | Email/PDF: bncnotices@becket-lee.com | Oct 13 2022 00:58:42 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15301154 | Email/Text: ECF@fayservicing.com | Oct 13 2022 00:56:00 | Citibank, N.A., c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14666435 | + EDI: WFNNB.COM | Oct 13 2022 04:53:00 | Comenitybk/victoriasec, Po Box 182789, Columbus, OH 43218-2789 |
| 14666436 | + EDI: WFNNB.COM | Oct 13 2022 04:53:00 | Comenitycap/forever21, Po Box 182120, Columbus, OH 43218-2120 |
| 14666437 | + EDI: AMINFOFP.COM | Oct 13 2022 04:53:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14666438 | + EDI: PHINGENESIS | Oct 13 2022 04:53:00 | Genesis Bc/celtic Bank, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 |
| 14923263 | EDI: JEFFERSONCAP.COM | Oct 13 2022 04:53:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14666440 | + Email/Text: PBNCNotifications@peritusservices.com | Oct 13 2022 00:56:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14755715 | + EDI: TCISOLUTIONS.COM | Oct 13 2022 04:53:00 | Mid America Bank & Trust, c/o Total Card Inc., 5109 S. Broadband Lane, Sioux Falls, SD 57108-2208 |
| 14666441 | + EDI: TCISOLUTIONS.COM | Oct 13 2022 04:53:00 | Mid America Bk/total C, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 14666442 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2022 00:56:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14666443 | + EDI: CBS7AVE | Oct 13 2022 04:53:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15225796 | + Email/Text: nsm_bk_notices@mrcooper.com | Oct 13 2022 00:56:00 | NATIONSTAR MORTGAGE LLC D/B/A, MR. COOPER, PO BOX 619096, DALLAS, TX 75261-9096 |
| 14666444 | + EDI: LCIPHHMRGT | Oct 13 2022 04:53:00 | Ocwen Loan Servicing, P.O. Box 24738, West Palm Beach, FL 33416-4738 |
| 14667187 | + EDI: RECOVERYCORP.COM | Oct 13 2022 04:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14690518 | + Email/Text: ebnpeoples@grblaw.com | Oct 13 2022 00:56:00 | Peoples Natural Gas Company LLC, c/o S. James |

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: 3180W | Total Noticed: 60 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14744410 | | EDI: Q3G.COM | Oct 13 2022 04:53:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14747580 | | EDI: Q3G.COM | Oct 13 2022 04:53:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14678064 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 13 2022 00:56:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14666445 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 13 2022 00:56:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 15441071 | + | Email/Text: bkteam@selenefinance.com | Oct 13 2022 00:56:00 | Selene Finance, LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 14666447 | + | EDI: RMSC.COM | Oct 13 2022 04:53:00 | Syncb/athleta, Po Box 965024, Orlando, FL 32896-5024 |
| 14666448 | + | EDI: RMSC.COM | Oct 13 2022 04:53:00 | Syncb/banana Rep, Po Box 965005, Orlando, FL 32896-5005 |
| 14666449 | + | EDI: RMSC.COM | Oct 13 2022 04:53:00 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14666450 | + | EDI: RMSC.COM | Oct 13 2022 04:53:00 | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 14670787 | | EDI: AIS.COM | Oct 13 2022 04:53:00 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14747585 | | EDI: LCIPHHMRGT | Oct 13 2022 04:53:00 | The Bank Of New York Mellon et al, Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL, 33416-4605 |
| 15322986 | ^ | MEBN | Oct 13 2022 00:52:08 | U.S. Bank Trust National Association, PO Box 814609, Dallas, TX 75381-4609 |
| 14678302 | + | Email/Text: BankruptcyNotice@upmc.edu | Oct 13 2022 00:56:00 | UPMC Presbyterian, 200 Lothrop St., Pittsburgh, PA 15213-2536 |
| 14678304 | | EDI: VERIZONCOMB.COM | Oct 13 2022 04:53:00 | Verizon, P.O. Box 15026, Albany, NY 12212-5026 |

TOTAL: 43

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citibank, N.A. |
| cr | | Duquesne Light Company |
| cr | | The Bank of New York Mellon et. al. |
| cr | | U.S. Bank National Association as Trustee for NRZ |
| 14749544 | | Duquesne Light Company |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 5 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Oct 12, 2022 | Form ID: 3180W | Total Noticed: 60 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 14, 2022         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Defendant Santander Consumer USA brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust cwohlrab@raslg.com |
| Glenn R. Bartifay | on behalf of Plaintiff Georgeann Marie Pistella gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Debtor Georgeann Marie Pistella gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R. Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jada Scott Greenhowe | on behalf of Defendant Pennsylvania Housing Finance Agency jgreenhowe@phfa.org |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitaker jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor The Bank of New York Mellon et. al. wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor The Bank of New York Mellon et. al. pawb@fedphe.com |

TOTAL: 15