**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>GEORGEANN MARIE PISTELLA<br><br>       Debtor(s)<br><br>Ronda J. Winnecour<br>       Movant<br>       vs.<br>No Repondents. | Case No.:17-23022<br><br>Chapter 13<br><br>Document No.:    118<br><br>**ENTERED BY DEFAULT** |

ORDER OF COURT

AND NOW, this ____12th____ day of ____October____, 20 22 , upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

FILED
10/12/22 8:27 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_Carlota M. Böhm_ dmk
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                               Case No. 17-23022-CMB

Georgeann Marie Pistella                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Oct 12, 2022 | Form ID: pdf900 | Total Noticed: 58 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Georgeann Marie Pistella, 101-B Lucinda Drive, Turtle Creek, PA 15145-1321 |
| aty | + | Glenn R. Bartifay, 3134 Lillian Avenue, First Floor, First Floor, Murrysville, PA 15668 US 15668-1868 |
| cr | + | Borough of Whitaker, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES 15219-6101 |
| 14678291 | + | Avon, 777 Third Ave., New York, NY 10017-1401 |
| 14708977 | + | Borough of Whitaker, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 14666432 | + | Celtic Bank/contfinco, 121 Continental Dr Ste 1, Newark, DE 19713-4326 |
| 14666433 | | Chartwell Pennsylvania, LP, P.O. Box 360552, Pittsburgh, PA 15251-6552 |
| 14666434 | | Choice Care Physicians PC, 2585 Freeport Rd., Ste 105, Pittsburgh, PA 15238-1426 |
| 14678293 | + | Discover Matrix, P.O. Box 6103, Carol Stream, IL 60197-6103 |
| 14678295 | + | Forbes Regional Hospital, 2570 Haymaker Road, Monroeville, PA 15146-3513 |
| 14678296 | + | Jefferson Hospital, 565 Coal Valley Rd., Clairton, PA 15025-3703 |
| 14666439 | + | Johnston the Florist, 14179 Lincoln Highway, North Huntingdon, PA 15642-1061 |
| 14678297 | + | Matrix Card by Discover, 2500 Lake Cook Rd., Riverwoods, IL 60015-3851 |
| 14678298 | + | Oakmont Water Authority, 721 Allegheny Ave., Oakmont, PA 15139-1901 |
| 14678299 | | Pennsylvania Housing Finance, Agency P.O. Box 642572, Pittsburgh, PA 15264 |
| 14678300 | + | Peoples Natural Gas, P.O. Box 535323, Pittsburgh, PA 15253-5323 |
| 14678301 | + | Robert Pistella, 101 B Lucinda Dr., Turtle Creek, PA 15145-1321 |
| 14666446 | | Surge, P.O. Box 31292, Tampa, FL 33631-3292 |
| 14678303 | + | UPMC St. Margaret Hospital, 815 Freeport Rd., Pittsburgh, PA 15215-3399 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Oct 13 2022 00:56:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | ^ | MEBN | Oct 13 2022 00:52:01 | U.S. Bank Trust National Association, not in its i, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14678290 | + | Email/Text: g20956@att.com | Oct 13 2022 00:56:00 | AT&T Wireless, PO Box 10330, Fort Wayne, IN 46851-0330 |
| 14680397 | | Email/Text: ally@ebn.phinsolutions.com | Oct 13 2022 00:55:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14666430 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 13 2022 00:55:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14678294 | | Email/Text: kburkley@bernsteinlaw.com | Oct 13 2022 00:56:00 | Duquesne Light, 411 Seventh Avenue, P.O. Box 1930, Pittsburgh, PA 15230-1930 |
| 14666431 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |

District/off: 0315-2    User: auto    Page 2 of 4

Date Rcvd: Oct 12, 2022    Form ID: pdf900    Total Noticed: 58

| | | | |
|---|---|---|---|
| | | Oct 13 2022 00:57:00 | Bankcard Services, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 14735197 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2022 00:58:44 | CACH, LLC its successors and assigns as assignee, of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14678292 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 13 2022 00:58:32 | Capital One, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14716150 | | Email/PDF: bncnotices@becket-lee.com | Oct 13 2022 00:58:42 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15301154 | | Email/Text: ECF@fayservicing.com | Oct 13 2022 00:56:00 | Citibank, N.A., c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14666435 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2022 00:56:00 | Comenitybk/victoriasec, Po Box 182789, Columbus, OH 43218-2789 |
| 14666436 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2022 00:56:00 | Comenitycap/forever21, Po Box 182120, Columbus, OH 43218-2120 |
| 14666437 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 13 2022 00:58:26 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14666438 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 13 2022 00:57:00 | Genesis Bc/celtic Bank, 268 S State St Ste 300, Salt Lake City, UT 84111-5314 |
| 14923263 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 13 2022 00:56:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14666440 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 13 2022 00:56:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14755715 | + | Email/Text: bknotices@totalcardinc.com | Oct 13 2022 00:56:00 | Mid America Bank & Trust, c/o Total Card Inc., 5109 S. Broadband Lane, Sioux Falls, SD 57108-2208 |
| 14666441 | + | Email/Text: bknotices@totalcardinc.com | Oct 13 2022 00:56:00 | Mid America Bk/total C, 5109 S Broadband Ln, Sioux Falls, SD 57108-2208 |
| 14666442 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2022 00:56:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14666443 | + | Email/Text: bankruptcy@sccompanies.com | Oct 13 2022 00:57:00 | Montgomery Ward, 1112 7th Ave, Monroe, WI 53566-1364 |
| 15225796 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 13 2022 00:56:00 | NATIONSTAR MORTGAGE LLC D/B/A, MR. COOPER, PO BOX 619096, DALLAS, TX 75261-9096 |
| 14666444 | + | Email/Text: BKEBN-Notifications@ocwen.com | Oct 13 2022 00:56:00 | Ocwen Loan Servicing, P.O. Box 24738, West Palm Beach, FL 33416-4738 |
| 14667187 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 13 2022 00:58:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14690518 | + | Email/Text: ebnpeoples@grblaw.com | Oct 13 2022 00:56:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14744410 | | Email/Text: bnc-quantum@quantum3group.com | Oct 13 2022 00:56:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14747580 | | Email/Text: bnc-quantum@quantum3group.com | Oct 13 2022 00:56:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14678064 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 13 2022 00:56:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14666445 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 13 2022 00:56:00 | Santander Consumer Usa, Po Box 961245, Ft Worth, TX 76161-0244 |
| 15441071 | + | Email/Text: bkteam@selenefinance.com | Oct 13 2022 00:56:00 | Selene Finance, LP, Attn: BK Dept, 3501 |

District/off: 0315-2                          User: auto                                      Page 3 of 4
Date Rcvd: Oct 12, 2022                       Form ID: pdf900                                Total Noticed: 58

| | | | | Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
|---|---|---|---|---|
| 14666447 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2022 00:58:38 | Syncb/athleta, Po Box 965024, Orlando, FL 32896-5024 |
| 14666448 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2022 00:58:24 | Syncb/banana Rep, Po Box 965005, Orlando, FL 32896-5005 |
| 14666449 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2022 00:58:32 | Syncb/care Credit, 950 Forrer Blvd, Kettering, OH 45420-1469 |
| 14666450 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2022 00:58:32 | Syncb/toysrus, Po Box 965005, Orlando, FL 32896-5005 |
| 14670787 | | Email/PDF: ebn_ais@aisinfo.com | Oct 13 2022 00:58:27 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14747585 | | Email/Text: BKEBN-Notifications@ocwen.com | Oct 13 2022 00:56:00 | The Bank Of New York Mellon et al, Ocwen Loan Servicing, LLC, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL, 33416-4605 |
| 15322986 | ^ | MEBN | Oct 13 2022 00:52:12 | U.S. Bank Trust National Association, PO Box 814609, Dallas, TX 75381-4609 |
| 14678302 | + | Email/Text: BankruptcyNotice@upmc.edu | Oct 13 2022 00:56:00 | UPMC Presbyterian, 200 Lothrop St., Pittsburgh, PA 15213-2536 |
| 14678304 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 13 2022 00:55:00 | Verizon, P.O. Box 15026, Albany, NY 12212-5026 |

TOTAL: 39

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Citibank, N.A. |
| cr | | Duquesne Light Company |
| cr | | The Bank of New York Mellon et. al. |
| cr | | U.S. Bank National Association as Trustee for NRZ |
| 14749544 | | Duquesne Light Company |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |

TOTAL: 5 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2022                 Signature:        /s/Gustava Winters

District/off: 0315-2                          User: auto                                      Page 4 of 4
Date Rcvd: Oct 12, 2022                      Form ID: pdf900                              Total Noticed: 58

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brett A. Solomon | on behalf of Defendant Santander Consumer USA brett.solomon@solomon-legal.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust bnicholas@kmllawgroup.com |
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust cwohlrab@raslg.com |
| Glenn R. Bartifay | on behalf of Plaintiff Georgeann Marie Pistella gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Debtor Georgeann Marie Pistella gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Glenn R. Bartifay | on behalf of Attorney Glenn R. Bartifay gbartifay@bartifaylaw.com  sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jada Scott Greenhowe | on behalf of Defendant Pennsylvania Housing Finance Agency jgreenhowe@phfa.org |
| Jeffrey R. Hunt | on behalf of Creditor Borough of Whitaker jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor The Bank of New York Mellon et. al. wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor U.S. Bank National Association as Trustee for NRZ Inventory Trust wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Thomas Song | on behalf of Creditor The Bank of New York Mellon et. al. pawb@fedphe.com |

TOTAL: 15